| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2019
David J. Bradley, Clerk

| Mary Dowdy, et al., | § |
| | § |
| Plaintiffs, | § |
| | § |
| versus | § Civil Action H-19-2073 |
| | § |
| Aarons, Inc., | § |
| | § |
| Defendant. | § |

# Final Dismissal

1. Having been advised that Mary Dowdy and Bill Horton are no longer pursuing their claims against Aarons, Inc., this case is dismissed without prejudice.

2. If refiled in or removed to the Southern District of Texas, the case will be assigned to Judge Hughes.

Signed on July 16, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge